IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01590-BNB

DAVID WALTER CLAY,

      Plaintiff,

v.

REVADA FARNSWORTH, Medical Supervisor, and
SEVEN UNKNOWN NAMED BOULDER COUNTY JAIL MEDICAL STAFF,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 2 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01590-BNB

David Walter Clay, Jr.
Prisoner No. 00115072
Boulder County Jail
3200 Airport Road
Boulder, CO 80301-2226


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/2/10

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk